**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CALEB WOOD,<br>Plaintiff, | :<br>: | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | :<br>:<br>: | |
| STEPHENS COUNTY JAIL,<br>LT. WISE,<br>Defendants. | :<br>:<br>: | CIVIL ACTION NO.<br>1:19-CV-5621-CAP-JFK |

**ORDER**

Plaintiff, Caleb Wood, brings this action against the Stephens County Jail ("Jail") and Lt. Wise, who is employed at the Jail, and complains of matters at the Jail. (Compl., ECF No. 1). The action was docketed in the Atlanta Division of the United States District Court for the Northern District of Georgia. Stephens County is located in the Gainesville Division, the proper division for this action.

**IT IS HEREBY ORDERED** that this case be T**RANSFERRED** to the Gainesville Division of the United States District Court for the Northern District of Georgia. See 28 U.S.C. §§ 1391(b) & 1406(a).

**IT IS SO ORDERED**, this 17th day of December, 2019.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)