OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S W
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

RECEIVED IN CLERK'S OFFICE
U.S D.C. - Atlanta

JAN - 9 2020

JAMES N. HATTEN, Clerk
By: Deputy Clerk

CAP

N METRO
GA 301
20 DEC '19
PM 7 L

U.S. POSTAGE PITNEY BOWES
ZIP 30303 $ 000.50⁰
02 1W
0001383857 DEC 19 2019

Return to Sender
No Stamps, Envelopes, Paper,
Money Orders, Checks, or Legal Papers

CLEARED
JAN - 9 2020
U.S. Marshals
Atlanta, GA

Caleb Wood
96821
Smart Communications - Stephens Cou
2020 Howell Mill Road
Suite D #357
Atlanta GA 30318

NIXIE 339 DE 1 0001/06/20
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 30303336199 *2924-11322-20-46

9400922374006140
30318-172776
30303>3361

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CALEB WOOD,<br>Plaintiff, | : | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | : | |
| STEPHENS COUNTY JAIL,<br>LT. WISE,<br>Defendants. | : | CIVIL ACTION NO.<br>1:19-CV-5621-CAP-JFK |

**ORDER**

Plaintiff, Caleb Wood, brings this action against the Stephens County Jail ("Jail") and Lt. Wise, who is employed at the Jail, and complains of matters at the Jail. (Compl., ECF No. 1). The action was docketed in the Atlanta Division of the United States District Court for the Northern District of Georgia. Stephens County is located in the Gainesville Division, the proper division for this action.

**IT IS HEREBY ORDERED** that this case be **TRANSFERRED** to the Gainesville Division of the United States District Court for the Northern District of Georgia. See 28 U.S.C. §§ 1391(b) & 1406(a).

**IT IS SO ORDERED**, this 17th day of December, 2019.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

## Utility Events

1:19-cv-05621-CAP Wood v. Stephens County Jail et al **CASE CLOSED on 12/17/2019**

0months,CLOSED,SLC4

**U.S. District Court**

**Northern District of Georgia**

### Notice of Electronic Filing

The following transaction was entered on 12/18/2019 at 9:41 AM EST and filed on 12/18/2019
**Case Name:** Wood v. Stephens County Jail et al
**Case Number:** 1:19-cv-05621-CAP
**Filer:** Caleb Wood
**WARNING: CASE CLOSED on 12/17/2019**
**Document Number:** No document attached

**Docket Text:**
**Clerk's Certificate of Mailing as to Caleb Wood re [3] Order. (tcc)**

**1:19-cv-05621-CAP Notice has been electronically mailed to:**

**1:19-cv-05621-CAP Notice has been delivered by other means to:**

Caleb Wood
96821
Smart Communications - Stephens County Jail
2020 Howell Mill Road
Suite D #357
Atlanta, GA 30318

**Utility Events**
2:19-cv-00287-RWS-JCF Wood v. Stephens County Jail et al

0months,SLC4,SUBMMG

**U.S. District Court**

**Northern District of Georgia**

**Notice of Electronic Filing**

The following transaction was entered on 12/18/2019 at 9:42 AM EST and filed on 12/18/2019

| | |
|---|---|
| **Case Name:** | Wood v. Stephens County Jail et al |
| **Case Number:** | 2:19-cv-00287-RWS-JCF |
| **Filer:** | Caleb Wood |
| **Document Number:** | No document attached |

**Docket Text:**
**Clerk's Certificate of Mailing as to Caleb Wood re [3] Order. (tcc)**

**2:19-cv-00287-RWS-JCF Notice has been electronically mailed to:**

**2:19-cv-00287-RWS-JCF Notice has been delivered by other means to:**

Caleb Wood
96821
Smart Communications - Stephens County Jail
2020 Howell Mill Road
Suite D #357
Atlanta, GA 30318